**HUNTON ANDREWS KURTH, LLP**
ANDREA R. CALEM (SBN 125587)
acalem@huntonAK.com
D. ANDREW QUIGLEY (SBN 280986)
aquigley@HuntonAK.com
SEAN-PATRICK WILSON (SBN 297288)
swilson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendants
CLOUGHERTY PACKING, LLC
and FARMER JOHN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYLES DILLON,<br><br>Plaintiff,<br><br>v.<br><br>CLOUGHERTY PACKING LLC, a Delaware limited liability company; FARMER JOHN, a business entity, form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-07891 R (PLAx)<br>*Honorable Manuel L. Real*<br><br>**DEFENDANTS CLOUGHERTY PACKING, LLC AND FARMER JOHN'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed Concurrently with Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; Compendium of Evidence; and [Proposed] Order*]<br><br>Date:         August 6, 2018<br>Time:        10:00 a.m.<br>Courtroom: 880<br><br>Trial:          September 11, 2018<br>Time:         9:00 a.m. |

DEFENDANTS' CLOUGHERTY PACKING LLC AND FARMER JOHN'S
NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 6, 2018 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable District Judge Manuel L. Real, Defendants Clougherty Packing LLC and Farmer John (collectively "Clougherty") will and hereby do move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment in favor of Clougherty on each and all of Plaintiff's causes of action. This Motion is made on the grounds that there are no genuine disputes of material fact and Clougherty is entitled to judgment as a matter of law as to each of Plaintiff's claims and Clougherty's defenses to same.

More specifically, Clougherty is entitled to judgment for the following reasons:

**First Cause of Action: Wrongful Termination in Violation of Public Policy**
**Government Code §§12490 et seq. [FEHA]**

1. Clougherty is entitled to summary judgment on Plaintiff's cause of action for wrongful termination in violation of public policy, because this claim is merely derivative of his predicate discrimination and retaliation claims, all of which fail as a matter of law for the reasons described below.

2. Clougherty is entitled to summary judgment on Plaintiff's cause of action for wrongful termination in violation of public policy, because Plaintiff's employment with Clougherty was terminated for legitimate business reasons and Plaintiff cannot show pretext.

**Second Cause of Action: Discrimination Based Upon Disability**
**Violation of Government Code §§12490 et seq. [FEHA]**

3. Clougherty is entitled to summary judgment on Plaintiff's cause of action for perceived and/or physical disability harassment, because Plaintiff was not a qualified individual suffering from a legally cognizable disability under FEHA.

4. Clougherty is entitled to summary judgment on Plaintiff's cause of action for perceived and/or physical disability discrimination, because Clougherty was not

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

made aware and had no reason to believe that Plaintiff had any disability under FEHA.

5. Clougherty is entitled to summary judgment on Plaintiff's cause of action for perceived and/or physical disability discrimination, because there is no causal connection between any adverse employment action Plaintiff claims to have suffered and Plaintiff's alleged disability.

6. Clougherty is entitled to summary judgment on Plaintiff's cause of action for perceived and/or physical disability discrimination, because it terminated Plaintiff's employment for a legitimate, non-discriminatory reason, and Plaintiff cannot show pretext.

**Third Cause of Action: Failure to Accommodate**

**Government Code §§12490 et seq. [FEHA]**

7. Clougherty is entitled to summary judgment on Plaintiff's cause of action for failure to accommodate Plaintiff's alleged disability because Plaintiff's alleged injury did not amount to a cognizable disability pursuant to FEHA.

8. Clougherty is entitled to summary judgment on Plaintiff's cause of action for failure to accommodate Plaintiff's alleged disability because Clougherty was not made aware and had no reason to believe Plaintiff had any disability under FEHA.

9. Clougherty is entitled to summary judgment on Plaintiff's cause of action for failure to accommodate Plaintiff's alleged disability because Plaintiff never requested any disability accommodation from Clougherty, nor did Clougherty have reasonable grounds to suspect that accommodation may be necessary.

**Fourth Cause of Action: Failure to Engage in the Interactive Process**

**Government Code §§12490 et seq. [FEHA]**

10. Clougherty is entitled to summary judgment on Plaintiff's cause of action for failure to engage Plaintiff's in the interactive process of determining potentially

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1  reasonable disability accommodations because Plaintiff's alleged injury did not
2  amount to a cognizable disability pursuant to FEHA.

3      11.  Clougherty is entitled to summary judgment on Plaintiff's cause of
4  action for failure to engage Plaintiff's in the interactive process of determining
5  potentially reasonable disability accommodations because Clougherty was not made
6  aware and did not have any reason to believe that Plaintiff had any disability under
7  FEHA.

8      12.  Clougherty is entitled to summary judgment on Plaintiff's cause of action
9  for failure to engage Plaintiff's in the interactive process of determining potentially
10 reasonable disability accommodations because Plaintiff never requested any disability
11 accommodation from Clougherty, nor did Clougherty have reasonable grounds to
12 suspect that any accommodation may be necessary.

### Fifth Cause of Action: Retaliation
### Government Code §§12490 et seq. [FEHA]

15     13.  Clougherty is entitled to summary judgment on Plaintiff's cause of action
16 for retaliation in violation of Government Code section 12940(h), because Plaintiff did
17 not engage in protected activity under FEHA.

18     14.  Clougherty is entitled to summary judgment on Plaintiff's cause of action
19 for retaliation in violation of Government Code section 12940(h), because Plaintiff
20 cannot show any causal connection between any alleged protected activity engaged in
21 by Plaintiff and any adverse employment action taken against Plaintiff.

22     15.  Clougherty is entitled to summary judgment on Plaintiff's cause of action
23 for retaliation, because it terminated Plaintiff's employment for legitimate, non-
24 retaliatory reasons, and Plaintiff cannot show evidence of pretext.

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

3

DEFENDANTS' CLOUGHERTY PACKING LLC AND FARMER JOHN'S
NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

### Sixth Cause of Action: Failure to Prevent Discrimination and Retaliation
### Government Code §§12490 et seq. [FEHA]

16. Clougherty is entitled to summary judgment on Plaintiff's cause of action for failure to prevent discrimination and retaliation in violation of Government Code section 12940(h), because Plaintiff cannot establish underlying predicate claims of discrimination or retaliation.

### Seventh Cause of Action: Intentional Infliction of Emotional Distress

17. Clougherty is entitled to summary judgment on Plaintiff's common law cause of action for intentional infliction of emotional distress, because the conduct Plaintiff complains of does not rise to the level of extreme or outrageous conduct.

18. Clougherty is entitled to summary judgment on Plaintiff's common law cause of action for intentional infliction of emotional distress, because Plaintiff's claim is based on an everyday personnel action – specifically, management of Plaintiff's attendance points.

19. Clougherty is entitled to summary judgment on Plaintiff's common law cause of action for intentional infliction of emotional distress, because this claim is barred by the worker's compensation exclusivity rule.

### Eighth Cause of Action: Unpaid Overtime Wages
### Cal. Labor Code §§510, 1194

20. Clougherty is entitled to summary judgment on Plaintiff's statutory overtime claim because he was a unionized employee, subject to a collective bargaining agreement that expressly provided for overtime pay, while earning a pay rate more than 30 percent above minimum wage, and was therefore exempted from the premium pay provisions of California Labor Code § 510(a) pursuant to California Labor Code § 514.

21. Clougherty is entitled to summary judgment on Plaintiff's statutory claim seeking double-overtime pay because Plaintiff did not work more than 12 hours in any

4

single workday, nor did he work more than eight hours on any seventh workday in a single workweek.

### Ninth Cause of Action: Waiting Time Penalties
### Cal. Labor Code §§202, 203

22. Clougherty is entitled to summary judgment on Plaintiff's statutory claim for waiting time penalties because this claim is merely derivative of her underlying overtime claim, which fails as a matter of law.

### Tenth Cause of Action: Failure To Provide Accurate Wage Statements
### Cal. Labor Code §226

23. Clougherty is entitled to summary judgment on Plaintiff's statutory claim for failure to provide accurate wage statements because this claim is merely derivative of his underlying overtime claim, which fails as a matter of law.

### Eleventh Cause of Action: Unfair Competition
### Cal. Bus. & Prof. Code §17200

24. Clougherty is entitled to summary judgment on Plaintiff's unfair competition claim, because this claim is merely derivative of his predicate claims asserted under the California Labor Code, all of which fail as a matter of law for the reasons described above.

### Twelfth Cause of Action: Retaliation / Termination in Violation of Public Policy
### Cal. Labor Code §§ 226, 510, 1194; Bus. & Prof. Code § 17200

25. Clougherty is entitled to summary judgment on Plaintiff's cause of action for retaliation / termination in violation of public policy, because Plaintiff cannot show that he engaged in any protected activity.

26. Clougherty is entitled to summary judgment on Plaintiff's cause of action for retaliation, because Plaintiff cannot show any causal connection between the alleged protected activity and any adverse employment actions.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

27. Clougherty is entitled to summary judgment on Plaintiff's cause of action for retaliation, because it terminated Plaintiff for a legitimate, non-retaliatory reason, and Plaintiff cannot show evidence of pretext.

### Plaintiff's Claims for Punitive Damages

28. Clougherty is entitled to summary judgment on any and all of Plaintiff's claims for punitive damages, because the lone individual to whom Plaintiff attributes all wrongful conduct is not an officer, director, or managing agent of Clougherty.

29. Clougherty is entitled to summary judgment on Plaintiff's claims for punitive damages, because Plaintiff cannot demonstrate that any of the conduct he alleges to support his claims was malicious, oppressive, or fraudulent.

30. Clougherty is entitled to summary judgment on Plaintiff's claim for punitive damages because no officer, director or managing agent of Clougherty ratified wrongful conduct amounting to fraud, malice or oppression towards Plaintiff.

This Motion is based upon this Notice of Motion and Motion as well as the concurrently filed Memorandum of Points and Authorities In Support Thereof, Separate Statement of Undisputed Material Facts, Clougherty's Compendium of Evidence, all files and records in this action, and such other matters or arguments as may be presented to the Court prior to its ruling on this Motion.

DATED: July 9, 2018

**HUNTON ANDREWS KURTH LLP**

By: */s/ D. Andrew Quigley*

ANDREA R. CALEM
D. ANDREW QUIGLEY
SEAN-PATRICK WILSON
Attorneys for Defendants
CLOUGHERTY PACKING, LLC
AND FARMER JOHN

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627